# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2012

143887

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                          SC: 143887
                                          COA: 305518
                                          Branch CC: 10-089449-FC

JASON ALLEN OETTING,
     Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 6, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2012
_____          _____
                                                      Clerk

y0328